UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE E. BUELOW,

    Plaintiff,

v.                                      Case No.:  2:24-cv-967-JLB-KCD

DOUGLAS MANNING
FRIEDLAND and FEDERAL
EMERGENCY MANAGEMENT
AGENCY,

    Defendants.
_____/

## ORDER

Before the Court is the United States of America's Unopposed Motion to Substitute Defendant. (Doc. 7.) The parties have agreed to substitute Defendants Douglas Manning Friedland and FEMA for the United States. With no objection, the Court will allow the amendment, which will be reflected on the docket.

Accordingly, it is **ORDERED**:

1. The United States of America's Unopposed Motion to Substitute Defendant (Doc. 7) is **GRANTED**.

2. The Clerk shall correct the case heading on the docket sheet to terminate Douglas Manning Friedland and FEMA and add the United States of America as a defendant with the same counsel.

2

**ORDERED** in Fort Myers, Florida this January 15, 2025.

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record